FILED
SEP 23 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:26-cr-171-MPB-TAB |
| Plaintiff, | ) | |
| v. | ) | |
| DAMON L. SMITH and<br>ANTONY L. DANIELS, JR., | ) | CAUSE NO. 1:26-cr- -01<br>-02 |
| Defendants. | ) | |

# INDICTMENT

## COUNT ONE

**[Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about July 23, 2026 through September 11, 2026, in the Southern District of Indiana, Indianapolis Division, and elsewhere, DAMON L. SMITH and ANTONY L. DANIELS, JR. did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

**OBJECTS OF THE CONSPIRACY**

The charged conspiracy had the following objects:

1. The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2. The distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II, Narcotic controlled substance.

**OVERT ACTS**

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute controlled substances, the members of the conspiracy did commit, among others, the following overt acts:

1. On or about July 23, 2026, DAMON SMITH ("SMITH") delivered fentanyl to a confidential informant ("Individual #1"). The transaction occurred at 2951 Adams Street, Indianapolis, Indiana.

2. On or about July 29, 2026, SMITH delivered fentanyl to Individual #1. The transaction occurred at 2951 Adams Street.

3. On or about August 20, 2026, SMITH delivered fentanyl to Individual #1. The transaction occurred at 2951 Adams Street.

4. On August 31, 2026, SMITH delivered fentanyl to Individual #1 at 2951 Adams Street.

5. On or about September 9, 2026. SMITH and ANTONY DANIELS ("DANIELS") flew from Indianapolis to Los Angeles, California to obtain methamphetamine.

6. On or about September 11, 2026, SMITH and DANIELS flew from Los Angeles to Indianapolis with approximately 23 pounds of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

**[Distribution of Fentanyl – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about August 31, 2026, within the Southern District of Indiana, Indianapolis Division, DAMON L. SMITH did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 11, 2026, within the Southern District of Indiana, Indianapolis Division, DAMON L. SMITH and ANTONY L. DANIELS, JR. did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing methampehtamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**SENTENCING ENHANCEMENT**

1. The grand jury further alleges that DAMON L. SMITH, the defendant herein, did commit the offense alleged in Counts One through Three of this Indictment after sustaining one prior conviction for a serious drug

felony, as defined by Title 21, United States Code, Section 802(58); to-wit, on or about November 9, 2016, SMITH was convicted in the United States District Court for the Southern District of Indiana of Conspiracy to Possess With Intent to Distribute 100 Grams or More of Heroin, a felony, at docket number 1:15-cr-152-004.

**FORFEITURE ALLEGATIONS**

1. The allegations in Counts One through Three of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offenses set forth in Counts One through Three of this Indictment, DAMON L. SMITH and ANTONY L. DANIELS, JR. shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which he or she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he or she is convicted.

3. If convicted of the offenses set forth in Count One through Three of this Indictment, DAMON L. SMITH and ANTONY L. DANIELS, JR. shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or

ammunition involved in or used in any of the offenses of which he or she is convicted.

A TRUE BILL:

[redacted]

FOREPERSON

THOMAS E. WHEELER II
United States Attorney

By: ______________________
Bradley A. Blackington
Assistant United States Attorney
mpb